> Acknowledged. Case dismissed with prejudice.
>
> JRS, CJ, 8/25/2025.
>
> Distribution to all counsel of record via CM/ECF.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| HERBERT A. DEWBREW, JR., | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO.: 2:23-cv-00468-JRS-MG |
| ROBERT A. KINCAID, II, JOSH GEWIRTZMAN, JEREMY RASICO, and VINCENNES POLICE DEPARTMENT, | ) |
| Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**

Plaintiff, Herbert A. Dewbrew, Jr., and Defendants, Robert A. Kincaid, II., Josh Gewirtzman, Jeremy Rasico and Vincennes Police Department, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims in this cause of action in their entirety, with prejudice, the parties to bear their own costs, including attorney fees.

**MORRIS LAW OFFICE**

/s/ *William R. Morris, Jr*
William R. Morris, Jr., #31433-53
405 W. 6th Street, Suite I
Bloomington, IN 47404
*Attorney for Plaintiff*

**COOTS, HENKE & WHEELER, P.C.**

/s/ *Mathew L. Hinkle*
Mathew L. Hinkle, #19396-29
Alex Emerson, #32577-49
255 E. Carmel Dr.
Carmel, IN 46032
*Attorneys for Defendants*